FILED:  July 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4668
(5:22-cr-00140-D-RJ-1)

_____

UNITED STATES OF AMERICA

          Plaintiff - Appellee

v.

AKEEM NETRON HOLDER EVANS, a/k/a King

          Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and joint appendix absent a showing of extraordinary circumstances.

Joint appendix due: 08/12/2026

Opening brief due: 08/12/2026

Response brief due: 09/02/2026

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk